ACCEPTED
05-14-01065-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
6/17/2015 2:40:43 PM
LISA MATZ
CLERK

## CAUSE NO. 05-14-01065-CR

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
6/17/2015 2:40:43 PM
LISA MATZ
Clerk

| | | |
|---|---|---|
| **ARTHUR FRANKLIN MILLER, JR.** | § | **IN THE COURT OF APPEALS** |
| | § | |
| | § | |
| **vs.** | § | **FOR THE FIFITH DISTRICT** |
| | § | |
| | § | |
| **THE STATE OF TEXAS** | § | **OF TEXAS AT DALLAS** |

### APPELLANT'S MOTION FOR PERMISSION TO ELECTRONICALLY FILE A MOTION FOR REHEARING 1 DAY AFTER THE DEADLINE

**TO THE HONORABLE JUSTICES OF SAID COURT:**

*COMES NOW,* Counsel for the Appellant, and files this Motion and Certification for Court to allow Appellant to electronically file a Motion for Rehearing one (1) day after the filing deadline, and would show in support thereof, the following:

**I.**

Pursuant to the Tex. R. App. P. 4.1 (b), undersigned counsel certifies that the clerk's office was not closed or inaccessible to the public during regular hours but counsel was unable to successfully file after several attempts by electronic means because of either an in counsel's office "computer glitch" or possibly internet interruptions because of the recent building power outages caused by the recent severe weather.

**II.**

In an attempt to comply with Tex. R. App. P. 49.1, a manual filing "the old fashioned way" by regular U.S. Mail was postmarked and completed on June 16, 2015.

**WHEREFORE, PREMISES CONSIDERED**, for these reasons, the Appellant asks this Court to allow Appellant to electronically file the Motion for Rehearing one (1) day after the deadline.

Respectfully Submitted,

/s/ Jay Ethington
Jay Ethington
SBN: 06692500
3131 McKinney Avenue
Suite 800
Dallas, Texas 75204
Tel: (214) 740-9955
Fax: (214) 740-9912
jay@jayethington.com
ATTORNEY FOR APPELLANT

## CERTIFICATE OF SERVICE

This is to certify that on the 17TH day of June, 2015, a true and correct copy of the above and foregoing Motion was served on the attorney for the State of Texas, Amy Sue Melo Murphy, Assistant District Attorney, Collin County District Attorney's Office.

/s/ Jay Ethington
Jay Ethington
